Matthew P. Minser, Esq. (SBN 296344)
Luz E. Mendoza, Esq. (SBN 303387)
SALTZMAN & JOHNSON LAW CORPORATION
5100-B1 Clayton Road, Suite 373
Concord, CA 94521
Telephone: (510) 906-4710
Email: mminser@sjlawcorp.com
Email: lmendoza@sjlawcorp.com

Attorneys for Plaintiffs, District Council 16 Northern California Health and Welfare Trust Fund, et al.

SMYSER KAPLAN & VESELKA, L.L.P.
Tyler G. Doyle
California Bar No. 242477
717 Texas Avenue, Suite 2800
Houston, Texas 77002
Telephone:  713-221-2300
Facsimile:   713-221-2320
tydoyle@skv.com

*ATTORNEY FOR DEFENDANT,*
*SHUGART GLASS OF TEXAS, INC. D/B/A ALPHA GLASS COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SHUGART GLASS OF TEXAS, INC., a Texas Corporation dba ALPHA GLASS COMPANY, <br><br> Defendant. | Case No.    4:20-cv-05656-KAW <br><br> **JOINT REQUEST FOR CONDITIONAL DISMISSAL WITHOUT PREJUDICE AND TO VACATE CASE MANAGEMENT CONFERENCE; ORDER THEREON** |

Plaintiffs and Defendant, through their respective counsel of record, hereby represent that they have reached a settlement of this action that requires Defendant to comply with specific provisions over

1
**JOINT REQUEST FOR CONDITIONAL DISMISSAL WITHOUT PREJUDICE AND TO VACATE CASE MANAGEMENT CONFERENCE; ORDER**
**Case No. 4:20-cv-05656-KAW**

time in order to effectuate the settlement. Defendant's full compliance with these provisions must occur by February 28, 2025.

Therefore, the Parties respectfully request that the Court conditionally dismiss this matter pending Defendant's compliance with the settlement terms. The Parties further request that the Court retain jurisdiction of this matter.

If Defendant does not meet the conditions of the settlement agreement, then Plaintiffs' Counsel may file a declaration on or before February 28, 2025, requesting that the dismissal of this matter be vacated and requesting that the matter be reopened as a result of Defendant's failure to satisfy its obligations under the Parties' settlement agreement.

If Plaintiffs do not file such a declaration by February 28, 2025, the Parties request that this Conditional Dismissal be converted to a Dismissal with Prejudice on or after March 1, 2025.

Dated: November 16, 2022         SALTZMAN & JOHNSON LAW CORPORATION

                                                      /S/
                                           Matthew P. Minser
                                           Luz E. Mendoza
                                           Attorneys for Plaintiffs District Council 16 Northern California Health and Welfare Trust Fund, et al., et al.

Dated: November 16, 2022         SMYSER KAPLAN & VESELKA, L.L.P.

                                                      /S/
                                           Tyler G. Doyle
                                           Attorneys for Defendant Shugart Glass of Texas, Inc. dba Alpha Glass Company

**IT IS SO ORDERED.**

In accordance with the settlement and the stipulation of the Parties, and good cause appearing therefore, IT IS HEREBY ORDERED that the Court will retain jurisdiction over this matter until a final dismissal is entered.

If Defendant defaults in performance of the settlement with Plaintiffs, Plaintiffs' Counsel may

2

**JOINT REQUEST FOR CONDITIONAL DISMISSAL WITHOUT PREJUDICE AND TO VACATE CASE MANAGEMENT CONFERENCE; ORDER**
**Case No. 4:20-cv-05656-KAW**

file a declaration under penalty of perjury on or before February 28, 2025, requesting that the dismissal of this matter be vacated and requesting that the matter be reopened as a result of Defendant's failure to satisfy its obligations under the settlement agreement. If Plaintiffs do not file such a declaration by February 28, 2025, this Conditional Dismissal shall convert to a Dismissal with Prejudice of this matter effective March 1, 2025.

DATED: November 18, 2022

*[signature: Kandis Westmore]*
HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

**ATTESTATION CERTIFICATE**

In accord with the Northern District of California's Civil Local Rule 5-1, I attest that concurrence in the filing of this document has been obtained from each of the other signatories who are listed on the signature page.

Dated: November 16, 2022

By:          /S/         
      Luz E. Mendoza, Esq.
      Attorneys for Plaintiffs